Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff, )<br>   )<br>v. )<br>   )<br>KARRY CHINDARAK, )<br>           Defendant. )<br>_____) | Case No. 3:04-cr-126-9-HRH |

**MOTION TO ALLOW CONTACT**

COMES NOW DEFENDANT KARRY CHINDARAK by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby moves this court to allow defendant to have contact and live with his girlfriend, Jannie Keomany. This motion is supported by the attached affidavit of counsel filed herewith. A proposed order is attached hereto.

DATED at Anchorage, Alaska, this 31st day of January 2006.

                            LAW OFFICES OF LANCE C. WELLS, P.C.

                            s/Lance C. Wells
                            Attorney for Karry Chindarak
                            733 W. 4th Ave, Suite 308
                            Anchorage, Alaska 99501
                            Phone: 907/274-9696
                            Fax: 907/277-9859
                            E-mail: lwells@gci.net
                            AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 31, 2006, a copy of the foregoing was served electronically:

James N. Barkeley,
Asst. U.S. Attorney
jim.barkeley@usdoj.gov

▲ Lamphone Sanouvong
Hugh W. Fleischer, Esq.
hfleisch@aol.com

▲ Vonglachit Khanthavong
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

▲ Khonesavanh Thinoi
Randall S. Cavanaugh, Esq.
randall@kalamarides.com

▲ Rungsee Muangkeo
Kevin F. McCoy, Asst. Defender
kevinmccoy@fd.org

▲ Mayuree Muangkeo
William D. English, Esq.
wdenglish7001@hotmail.com

▲ Daniel Patta Nasunin
Henry E. Graper, III, Esq.
henrygraper@gci.net

▲ Phattra Nasunin
John M. Murtagh, Esq.
jmmalaska@hotmail.com

▲ Monthree Udomsin
David R. Weber, Esq.
drweber@acsalaska.net

▲ Chansuda Labnongs Powers
Ron Offret, Esq.
raoffret@yahoo.com

▲ Khamkeo Khamleu
Charles W. Coe, Esq.
charlielaw@gci.net

▲ BOUNLAY CHITPASEUTH
Scott A. Sterling, Esq.
scottsterling@alaskalawyers.net

▲ Somtos Suksanguan
William B. Carey
bcarey@alaska.com

▲ Montakarn Jones
Joe P. Josephson, Esq.
jjosephson@aol.com

and by fax:

Tim Astle
U.S. Probation/Pretrial Services Office
271-3060

▲ Jannie Keomany
William F. Dewey, Esq.
c/o Martha C. Shaddy, Esq.
258-6419

▲ Parin Suksumek
Mark D. Osterman, Esq.
283-5677

▲ Richard Manivong

s/Lance C. Wells