Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KARRY CHINDARAK, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:04-cr-126-9-HRH |

**ORDER ON MOTION TO ALLOW CONTACT**

The court having considered defendant's Motion to Allow Contact, opposition and any reply having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion is GRANTED. Karry Chindarak shall be allowed to have contact and live with his girlfriend, Jannie Keomany. A copy of this order shall be forwarded to the United States Probation and Pretrial Offices.

DATED this _____ day of _____ 2006.

_____
U.S. District Court Judge