IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KARRY CHINDARAK, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:04-cr-126-9-HRH |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

I, Lance C. Wells, depose and state as follows.

1. I am the attorney of record for the defendant in the above-captioned action.

2. I make this affidavit in support of the Motion to Allow Contact.

3. I was contacted by defendant, Karry Chindarak, who explained to me that he had nowhere to live, as he was in between residences.

4. Mr. Chindarak, prior to being placed on supervised release, has been romantically involved with Ms. Jannie Keomany, a co-defendant in this matter.

5. It is Mr. Chindarak's request that he be allowed to have contact with and live with Jannie.

6. I am filing this motion at the request of the defendant, as well as the supervising probation officer.

7. Mr. Chindarak, I have been informed, has been doing well on supervised release.

8. If approved, his address would be 1025 E. 20th Ave, "A", Anchorage, Alaska 99501.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 31st day of January 2006.

                            LAW OFFICES OF LANCE C. WELLS, P.C.

                            By:   s/Lance C. Wells
                                   Attorney for Karry Chindarak
                                   733 W. 4th Ave, Suite 308
                                   Anchorage, Alaska 99501
                                   Phone: 907/274-9696
                                   Fax: 907/277-9859
                                   E-mail: lwells@gci.net
                                   AK # 9206045

SUBSCRIBED AND AFFIRMED before me this 31st day of January 2006, at Anchorage, Alaska.

By:   s/Sharon Leippi
       Notary Public in & for Alaska
       My commission expires: 6/8/06

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
January 31, 2006, a copy
of the foregoing was served
electronically:

James N. Barkeley,
Asst. U.S. Attorney
jim.barkeley@usdoj.gov

▲ Lamphone Sanouvong

Hugh W. Fleischer, Esq.
hfleisch@aol.com

▲ Vonglachit Khanthavong
Thomas Burke Wonnell, Esq.
tburkewonnell@alaska.net

▲ Khonesavanh Thinoi
Randall S. Cavanaugh, Esq.
randall@kalamarides.com

▲ Rungsee Muangkeo
Kevin F. McCoy, Asst. Defender
kevinmccoy@fd.org

▲ Mayuree Muangkeo
William D. English, Esq.
wdenglish7001@hotmail.com

▲ Daniel Patta Nasunin
Henry E. Graper, III, Esq.
henrygraper@gci.net

▲ Phattra Nasunin
John M. Murtagh, Esq.
jmmalaska@hotmail.com

▲ Monthree Udomsin
David R. Weber, Esq.
drweber@acsalaska.net

▲ Chansuda Labnongs Powers
Ron Offret, Esq.
raoffret@yahoo.com

▲ Khamkeo Khamleu
Charles W. Coe, Esq.
charlielaw@gci.net

▲ BOUNLAY CHITPASEUTH
Scott A. Sterling, Esq.
scottsterling@alaskalawyers.net

▲ Somtos Suksanguan
William B. Carey
bcarey@alaska.com

▲ Montakarn Jones
Joe P. Josephson, Esq.
jjosephson@aol.com

and by fax:

Tim Astle
U.S. Probation/Pretrial Services Office
271-3060

▲ Jannie Keomany
William F. Dewey, Esq.
c/o Martha C. Shaddy, Esq.
258-6419

▲ Parin Suksumek
Mark D. Osterman, Esq.
283-5677

▲ Richard Manivong

s/Lance C. Wells