DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
(907) 271-5071 - phone
(907) 271-1500 - fax
thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-126-6-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>GOVERNMENT'S NON-</u> |
| vs. | ) | <u>OPPOSITION TO</u> |
| | ) | <u>DEFENDANT'S MOTION</u> |
| KARRY CHINDARAK, | ) | <u>TO ALLOW CONTACT</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW, the United States of America by and through counsel and states that it does not oppose defendant, Karry Chindarak's Motion to Allow Contact.

RESPECTFULLY SUBMITTED this 2nd day of February, 2006, at Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Thomas C. Bradley
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2006,
a copy of the foregoing Government's Non-Opposition
to Defendant's Motion to Allow Contact was served
electronically on:

| | |
|---|---|
| William B. Carey | Randall S. Cavanaugh |
| Charles W. Coe | Hugh W. Fleischer |
| Henry E. Graper, III | Joseph P. Josephson |
| Kevin F. McCoy | John M. Murtagh |
| Ronald A. Offret | Scott A. Sterling |
| David R. Weber | Lance C. Wells |
| Thomas Burke Wonnell | |

and by U. S. Mail on:

| | |
|---|---|
| Fred F. Dewey | William D. English |
| Ashton & Dewey | Law Office of William D. English |
| 1101 W. 7th Avenue | 310 K Street, #200 |
| Anchorage, AK 99501 | Anchorage, AK 99501 |

Mark D. Osterman
215 Fidalgo, Suite 106
Kenai, AK 99611

s/ Thomas C. Bradley