- 1 -

# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA        v.   KARRY CHINDARAK [D-09]

THE HONORABLE H. RUSSEL HOLLAND      CASE NO.   A04-0126-CR (HRH)

    Deputy Clerk                        Official Recorder

_____            _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Defendant Karry Chindarak has moved for leave to reside with co-defendant Jannie Keomany. Clerk's Docket No. 443. The Probation Service and the United States Attorney will please advise the court of their positions on this request on or before noon on Monday, February 6, 2006.

---