IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,         )
                                  )
              Plaintiff,          )
                                  )
     vs.                          )
                                  )
KARRY CHINDARAK        (D-09)     )
                                  )   No. A04-0126-CR (HRH)
              Defendant.          )
_____)

O R D E R

Modification of
Conditions of Probation

Defendant Karry Chindarak (D-09) moves for leave to resume a relationship that had existed prior to the institution of criminal proceedings against him and Jannie Keomany (D-10).[1] The Government has expressly not opposed the motion. Defendant's probation officer does oppose the request.

Both Chindarak and Keomany are on probation as a consequence of a felony conviction. The offenses involved an illegal gambling scheme. Neither Chindarak nor Keomany has any prior criminal record. So far as the court is aware, both are in compliance with the conditions of probation. There is no known substance abuse problem regarding either defendant. Both Chindarak

---

[1] Clerk's Docket No. 443.

- 1 -

and Keomany have children as a result of prior relationships; and, so far as the court is aware at this time, their respective support obligations are being met.  It is the court's perception that Keomany may be unemployable.  The court assumes that Chindarak is in compliance with his probation conditions regarding employment.

While the court strongly endorses the normal rule that convicted felons not associate with one another because of an increased risk of recidivism as a consequence of the association, the risks in this instance appear to be minimal.  Chindarak's request to resume a relationship with Keomany is granted.  This exception to the usual conditions of probation is subject to revocation if, in the opinion of the probation officer, the resumed relationship is interfering with full compliance with the other conditions of probation.

DATED at Anchorage, Alaska, this  8th  day of February, 2006.

/s/ H. Russel Holland
United States District Judge