Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
for the
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V

Case No. A04-0126-09-CR (HRH)

Karry Chindarak

On July 27, 2005, the above-named was placed on probation for a period of 3 years for the conviction of Conspiracy (involving an Illegal Gambling Business). The defendant has paid his financial obligations, submitted to DNA testing, and has committed no known violations. It is accordingly recommended that Karry Chindarak be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader          Date
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this **10** day of **OCT**, 20**06** 

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge